# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
:
**TIMOTHY P. STOOPS,**
:
          *Plaintiff*,     :   **Civil Action No. 1:24-163**
:
          v.     :
:
**MILLCREEK TOWNSHIP SCHOOL DISTRICT,**
:
          *Defendant*.     :
---------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph H. Chivers | /s/ Julia M. Herzing |
| Joseph H. Chivers (Pa. I.D. No. 39184) | Julia M. Herzing (Pa. I.D. No. 208258) |
| jchivers@employmentrightsgroup.com | jherzing@kmgslaw.com |
| The Employment Rights Group LLC | Knox McLaughlin Gornall & Sennett, P.C. |
| 1575 McFarland Road, Suite 302 | 120 W 10th Street |
| Pittsburgh, PA 15216 | Erie, PA 16501 |
| Telephone: 412-227-0763 | Telephone: 814-459-2800 |
| Facsimile: 412-774-1994 | Facsimile: 814-453-4530 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Timothy P. Stoops* | *Millcreek Township School District* |

DATED: July 7, 2025